No. 09-11394. MENNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09-11395. UKOFIA v. HOLDER, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 09-11396. WILSON v. WANN ET AL. C. A. 9th Cir. Certiorari denied.

No. 09-11397. TZEUTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09-11398. TURCIOS-LAZO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09-11399. PINEDA ZARATE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 09-11400. ZOMMER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 09-11401. LOWE v. DEVINE ET AL. C. A. 7th Cir. Certiorari denied.

No. 09-11403. EYE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09-11404. SHIH-LIANG CHEN v. TOWNSHIP OF FAIRFIELD, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09-11405. BEST v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 09-11406. BROWN v. MCGRADY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09-11407. BABB v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09-11408. BELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09-11409. TRAUGOTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.